CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America | DOCKET NO. |
| v. | |
| **Omar Gilberto Fierros Amaya** | MAGISTRATE'S CASE NO. |
| DOB: 2002; United States Citizen | |
| **Mario Edoardo Ramirez Chavez** | |
| DOB: 2000; United States Citizen | **21-03318MJ** |
| **Kevin Durazo** | |
| DOB: 1999; United States Citizen | |

Complaint for violation of Title 18, United States Code, Section 554(a)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about October 5, 2021, in the District of Arizona, OMAR GILBERTO FIERROS AMAYA, MARIO EDOARDO RAMIREZ CHAVEZ, and KEVIN DURAZO knowingly and fraudulently attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one FN model 509 9mm caliber pistol, one FN model SCAR 17 7.62x51 caliber rifle, and 500 rounds of 7.62x51 caliber ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On October 5, 2021, Homeland Security Investigations (HSI) agents conducted surveillance upon receiving information of possible weapons smuggling into Mexico through the Douglas, Arizona Port of Entry. They observed a vehicle stop briefly at a residence in Douglas, then travel toward the Port of Entry and stop nearby. A male exited the vehicle and walked to the outbound pedestrian lane, where he was identified as Omar Gilberto FIERROS Amaya. Officers found a FN 509 9mm pistol concealed on his waist. Meanwhile, the vehicle proceeded to the vehicle outbound lanes, where the driver was identified Mario Edoardo RAMIREZ Chavez and the passenger as Kevin DURAZO.

FIERROS told agents he had agreed to smuggle a gun into Mexico in exchange of payment, and that RAMIREZ and DURAZO drove him to Tucson, where RAMIREZ purchased a rifle at a gun store and DURAZO purchased the pistol at a second gun store. They then traveled to Douglas and stopped at a residence, where he (FIERROS) removed a heavy box he suspected contained ammunition from the vehicle and placed it near a window. DURAZO took the rifle from the vehicle into the residence. FIERROS stated he concealed the pistol on his person and attempted to smuggle it into Mexico, knowing it was against the law to do so.

(continued on next page)

| MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A | |
|---|---|
| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br><br>ANGELA WOOLRIDGE  *Digitally signed by ANGELA WOOLRIDGE*<br>                        *Date: 2021.10.06 20:41:53 -07'00'*<br>AUTHORIZED AUSA *Angela W. Woolridge* | SIGNATURE OF COMPLAINANT<br><br><br>OFFICIAL TITLE<br>HSI Task Force Officer Paul L. Barco |
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Leslie A. Bowman* | DATE<br>October 6, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

(continued from previous page)

RAMIREZ told agents that DURAZO offered to pay him to purchase a rifle and gave him the money with which to buy it. After RAMIREZ bought the rifle at a gun store, DURAZO purchased ammunition and a firearm at another store. They then traveled the residence in Douglas, after which they dropped FIERROS off at the Port of Entry.

DURAZO told agents he offered RAMIREZ money to purchase a rifle. After RAMIREZ bought the rifle, he (DURAZO) purchased the pistol found on FIERROS. All three of them then traveled to Douglas, where FIERROS directed them to a residence. DURAZO stated that FIERROS placed the firearms and ammunition in the residence and then asked to be transported to the Port of Entry. DURAZO expected to be paid for his role, and suspected the firearms would be smuggled into Mexico.

Inside the residence at which agents had observed the vehicle stop, they found a FN model SCAR 17 7.62x51 caliber rifle and a box containing 500 rounds of 7.62x51 caliber ammunition. They also found receipts for the pistol and ammunition on DURAZO's person and a receipt for the rifle in the vehicle in which he and RAMIREZ were traveling.

The pistol, rifle, and ammunition FIERROS, RAMIREZ, and DURAZO attempted to export or assist in exporting into Mexico are classified as United States Commerce Control List items, which are prohibited for exportation into the Republic of Mexico without an export license. Neither FIERROS, RAMIREZ, DURAZO, nor any other individual involved in the smuggling activity had a license or other lawful authority to export the items from the United States into Mexico.